CSD 2011 [10/25/17]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101   (619)338-4006

Order Entered on
November 9, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

ROBERT JAMES PARKER

Debtor.

BANKRUPCY NO. 18-05740 MM13

## TRUSTEE'S MOTION TO DISMISS CASE AND ORDER

The undersigned Trustee respectfully represents that:

☐ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☒ The debtor failed to appear and testify at the Meeting of Creditors held on November 2, 2018.

☐ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: _____ . Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated: November 5, 2018        /s/ David L. Skelton
                               ☐ Chapter 7 Trustee    ☒ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 will hereafter apply.

DATED: November 8, 2018

_Margaret M Mann_
Judge, United States Bankruptcy Court

CSD 2011

```
                         United States Bankruptcy Court
                         Southern District of California
In re:                                                          Case No. 18-05740-MM
Robert James Parker                                             Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0974-3        User: Admin.              Page 1 of 1              Date Rcvd: Nov 09, 2018
                            Form ID: pdf014           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db          +Robert James Parker,    3626 Lindbergh Street,    San Diego, CA 92154-1651
smg          Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
              Center Valley, PA 18034-0520
14493598    +Guild Mortgage,    5898 Copley Drive,   4th floor,    San Diego, CA 92111-7916
14512875    +Guild Mortgage Company,    PO BOX 85304,   San Diego, CA 92186-5304
14512874    +McCarthy & Holthus, LLP,    411 Ivy Street,   San Diego, CA 92101,    ( 92101-2108
14493599   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   Box 5855,    Carol Stream, IL 60197)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: BKBNCNotices@ftb.ca.gov Nov 10 2018 01:34:27     Franchise Tax Board,
              Attn: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
14494628    +E-mail/Text: bankruptcy@cavps.com Nov 10 2018 01:34:22     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14500357    +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 10 2018 01:34:27     Navy Federal Credit Union,
              PO Box 3000,   Merrifield, VA 22119-3000
14493993    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 01:42:05
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
         David L. Skelton    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
         Jennifer C. Wong    on behalf of Creditor    Guild Mortgage Company jwong@mccarthyholthus.com,
          jwong@ecf.courtdrive.com
         Tyson Takeuchi    on behalf of Debtor Robert James Parker tyson@tysonfirm.com,
          tysoncourtnotices@gmail.com
         United States Trustee    ustp.region15@usdoj.gov
                                                                                              TOTAL: 4
```