| NTF | United States Bankruptcy Court | Telephone: 619−557−5620 |
|---|---|---|
| Rev. 02/17 | Southern District of California | Website: www.casb.uscourts.gov |
| | Jacob Weinberger U.S. Courthouse | Hours: 9:00am−4:00pm Monday−Friday |
| | 325 West F Street | |
| | San Diego, CA 92101−6991 | |

**Robert James Parker**  
3626 Lindbergh Street  
San Diego, CA 92154  
xxx−xx−9389  
*No Known Aliases*

Case number: 18−05740−MM13  
Chapter: 13  
Judge Margaret M. Mann

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **13** and/or Claim Number   filed on: **11/10/18**   Title of Document: **Notice of Conversion of Case Under Chapter 13 to a Case Under Chapter 7**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Other reason−−See OTHER section below.**

**Service was not completed on:**

☐ Debtor    ☐ Attorney    ☐ Trustee    ☐ U.S. Trustee

**ACTION TAKEN BY COURT**

☐ Atty/Debtor/Movant contacted on          via ☐ Tel/Voice Mail    ☐ Email  ☐ Mail or Other

**ACTION REQUIRED BY FILER**
**Amended document MUST BE FILED and RE−SERVED if applicable**

**OTHER:**  **This case is dismissed. If applicable, please submit a motion and an order to vacate the dismissal before the conversion can be processed. Thank you!**

Dated: 11/14/18

Barry K. Lander  
Clerk of the Bankruptcy Court