# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 11/14/2018 |
| Case: 18–05740–MM13 | Form ID: 185 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Tyson Takeuchi      tyson@tysonfirm.com

TOTAL: 1